

FILED
07 AUG 21 PM 12: 30
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL JAMES KELLY, CDCR #K-50742,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BONNIE DUMANIS, et al.,<br><br>　　　　　　　　Defendants. | Civil No.   07-1631 W (LSP)<br><br>**ORDER:**<br><br>**(1)  DISMISSING CIVIL ACTION AS DUPLICATIVE PURSUANT TO 28 U.S.C. § 1915A(b)(1); and**<br><br>**(2)  DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT** [Doc. No. 2] |

　　　Plaintiff, a state inmate currently incarcerated at North Kern State Prison located in Delano, California and proceeding pro se, has filed a civil rights Complaint pursuant to 42 U.S.C. §1983.[1]  Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a); instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) [Doc. No 2].

---

[1] The proceedings were assigned to this Court, but all post-service matters have been referred to Magistrate Judge Leo S. Papas by Local Rule 72.3(e), "Assignment of § 1983 Prisoner Civil Cases to United States Magistrate Judges," pursuant to 28 U.S.C. § 636.

Dockets.Justia.com

**I.  Sua Sponte Screening Pursuant to 28 U.S.C. § 1915A(b)**

The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to review complaints filed by anyone "incarcerated or detained in any facility who is accused of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program," "as soon as practicable after docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP. *See* 28 U.S.C. § 1915A(a), (c). The Court must sua sponte dismiss prisoner complaints, or any portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

Plaintiff's instant Complaint is subject to sua sponte dismissal pursuant to 28 U.S.C. § 1915A(b)(1) because it appears to be duplicative of a civil rights case Plaintiff has already litigated. Plaintiff's Complaint contains identical claims and defendants that are found in *Kelly v. Allard, et al.*, S.D. Cal. Civil Case No. 02cv1838 IEG (JFS). A court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal quotations omitted). Because Plaintiff has already litigated the same claims presented in the instant action in *Kelly v. Allard, et al.*, S.D. Cal. Civil Case No. 02cv1838 IEG (JFS), the Court hereby **DISMISSES** Civil Case No. 07cv1631 W (LSP) pursuant to 28 U.S.C. § 1915A(b)(1). *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446 n.1.

**II.  Conclusion and Order**

Good cause appearing, **IT IS HEREBY ORDERED** that:

////

////

////

1 |     Plaintiff's Complaint in Civil Case No. 07cv1631 W (LSP) is **DISMISSED** as frivolous
2 | pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion to Proceed IFP [Doc. No. 2] is
3 | **DENIED** as moot.
4 |     The Clerk shall close the file.
5 | **IT IS SO ORDERED.**
6 | DATED: _8/20/07_

HON. THOMAS J. WHELAN
United States District Judge