AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Russell James Kelly

**V.**

**JUDGMENT IN A CIVIL CASE**

Bonnie Dumas, Paul J. Pfingst, Geoff Allard

**CASE NUMBER:** 07-CV-1631 W (LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Complaint in Civil Case Number 07cv1631 W (LSP) is dismissed as frivolous pursuant to 28 U.S.C. 1915A(b)(1). Plaintiff's Motion to Proceed IFP is denied as moot....

| August 22, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON August 22, 2007

07-CV-1631 W (LSP)

dockets.Justia.com